fax—anything beyond a cursory investigation was necessary to determine whether McLaughlin had timely notified it of the claim. As Selective failed to show "that the delay . . . was reasonably related to its completion of a thorough and diligent investigation," its explanation for the delay was legally insufficient and Supreme Court properly granted plaintiffs' and the father's motions for summary judgment (*Schulman v Indian Harbor Ins. Co.*, 40 AD3d 957, 958 [2007]; *see Hartford Ins. Co. v County of Nassau*, 46 NY2d at 1029-1030; *Saitta v New York City Tr. Auth.*, 55 AD3d 422, 423 [2008]; *Uptown Whole Foods v Liberty Mut. Fire Ins. Co.*, 302 AD2d 592, 593 [2003]; *Mohawk Minden Ins. Co. v Ferry*, 251 AD2d 846, 848 [1998]).

Cardona, P.J., Spain, Lahtinen and Kane, JJ., concur. Ordered that the order is affirmed, with one bill of costs.

In the Matter of FRANK GRAHAM, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent. [890 NYS2d 831]—

Petitioner is serving an aggregate prison term of 25 years to life stemming from his 1979 conviction for murder in the second degree and criminal possession of a weapon in the second degree. Following his third appearance before the Board of Parole in November 2007, his request for parole release was denied and the Board ordered that he be held for an additional 24 months. Petitioner thereafter commenced this CPLR article 78 proceeding to challenge that determination. The Attorney General has advised this Court that petitioner reappeared before the Board in September 2009. As such, this appeal has been rendered moot and must be dismissed (*see Matter of Williams v Alexander*, 65 AD3d 1412 [2009]; *Matter of Lebron v Travis*, 47 AD3d 1142 [2008], *lv denied* 10 NY3d 707 [2008]).

Cardona, P.J., Peters, Rose, Malone Jr. and Stein, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.

FOURTH DEPARTMENT, DECEMBER, 2009

(December 30, 2009)

GRIFFITH OIL COMPANY, INC., et al., Appellants, v NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Respon-

1622

dent, et al., Defendants. (Appeal No. 1.) [890 NYS2d 883]—

Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.

■ GRIFFITH OIL COMPANY, INC., et al., Appellants, v NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Respondent, et al., Defendants. (Appeal No. 2.) [892 NYS2d 711]—

Memorandum: Plaintiffs commenced this action seeking, inter alia, a declaration that defendant-respondent (hereafter, defendant) is obligated to indemnify them in underlying actions, and a proceeding brought against them in connection with a spur